IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMIE THOMAS**                                                                                **PLAINTIFF**

v.                                    No. 3:19-cv-371-DPM

**VISKASE CORPORATION**                                                        **DEFENDANT**

## ORDER

To better manage the Court's schedule, the trial date is continued to 6 December 2021. All deadlines remain the same.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2021