IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMIE THOMAS                                                              PLAINTIFF

v.                          No. 3:19-cv-371-DPM

VISKASE COMPANIES, INC.                                          DEFENDANT

ORDER

Joint status report, *Doc. 26*, appreciated.

So Ordered.

*DPM Jr.*
D.P. Marshall Jr.
United States District Judge

6 Ap. 2021