IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMIE THOMAS                                                                PLAINTIFF

v.                              No. 3:19-cv-371-DPM

VISKASE COMPANIES, INC.                                          DEFENDANT

ORDER

Motion for extension of time, *Doc. 50*, granted. Motions in limine due 28 September 2021.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 September 2021