IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMIE THOMAS                                                                                    PLAINTIFF

v.                                            No. 3:19-cv-371-DPM

VISKASE COMPANIES, INC.                                                          DEFENDANT

## JUDGMENT

Thomas's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_14 October 2021_