IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMIE THOMAS                                                                                PLAINTIFF

v.                                      No. 3:19-cv-371-DPM

VISKASE COMPANIES, INC.                                                          DEFENDANT

### ORDER

Viskase's opposed request for $1469.20 in deposition-related expenses, *Doc. 59*, is denied. The Court appreciates Thomas's updated IFP form, *Doc. 66*. (The Court directs the Clerk to clear the gavel on that document). She remains entitled to IFP status. Viskase prevailed, which creates a presumptive entitlement to costs. *Concord Boat Corp. v. Brunswick Corp.*, 309 F.3d 494, 498 (8th Cir. 2002). But, Thomas's financial situation weighs against any award. *Cross v. General Motor Corp.*, 721 F.2d 1152, 1157 (8th Cir. 1983). The Court declines to tax costs in these circumstances. *Poe v. John Deere Company*, 695 F.2d 1103, 1108 (8th Cir. 1982).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 January 2022