IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMIE THOMAS                                             PLAINTIFF

v.                     No. 3:19-cv-371-DPM

VISKASE COMPANIES, INC.                       DEFENDANT

### ORDER

The Court entered Judgment dismissing Thomas's case with prejudice in October 2021. *Doc.* 58. The Court of Appeals dismissed her appeal on 20 January 2022. *Doc.* 69. Motion to dismiss, *Doc. 68*, denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 January 2022